[No. 25668-1-II. Division Two. May 25, 2001.]

MARK A. ERIKSON, *Appellant*, v. THE CITY OF CAMAS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-02425-2, Edwin L. Poyfair, J., entered February 4, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 25734-3-II. Division Two. May 25, 2001.]

BUD CLARY CHEVROLET, OLDSMOBILE, CADILLAC, INC., *Respondent*, v. SHAWN O. JEFFRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-2-00144-4, Randolph Furman, J., entered March 6, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 25743-2-II. Division Two. May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGIL J. EASTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02333-3, Terry D. Sebring, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Houghton, JJ.

[No. 25988-5-II. Division Two. May 25, 2001.]

RICHARD CRISS, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-08427-1, Arthur W. Verharen, J., entered May 5, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.